IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02854-MJW

ERIC ALDRICH,
JIMMY CARPENTER,
MIKE ANTRAM,
MARVIN MARTINEZ, and
CLIFF SCHMIDT,

Plaintiff,

v.

DIRECTV, INC. and
DIRECTV, LLC,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Unopposed Motion to Vacate and Reschedule Rule 16(b) Scheduling/Planning Conference (Docket No. 16) is granted. Accordingly, the Scheduling Conference set on January 6, 2015, at 9:00 a.m. is VACATED and RESET on February 4, 2015, at 10:30 a.m.  The parties shall file their proposed Scheduling Order on or before January 28, 2015.

Date: December 30, 2014