IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02854-MJW

ERIC ALDRICH,
JIMMY CARPENTER,
MIKE ANTRAM,
MARVIN MARTINEZ, and
CLIFF SCHMIDT,

Plaintiff,

v.

DIRECTV, INC. and
DIRECTV, LLC,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiffs' Unopposed Motion to Stay Action Pending Judicial Panel on Multidistrict Litigation's Ruling on Motion for Consolidation and Transfer of Related Actions Pursuant to 28 U.S.C. § 1407 (docket no. 20) is GRANTED finding good cause shown.  This case is STAYED until further Order of Court **except** that Plaintiffs shall respond to Defendant DIRECTV LLC's Motion to Dismiss and Supporting Brief (docket no. 15) on or before January 22, 2015.

    It is FURTHER ORDERED that the parties shall file a joint written Status Report regarding action taken by the MDL Panel on the Motion for Consolidation and Transfer of Related Actions within five (5) days following such ruling by the MDL Panel on such motion.

    It is FURTHER ORDERED the Scheduling Conference set February 04, 2015, at 10:30 a.m. before Magistrate Judge Michael J. Watanabe, and the deadline to file the proposed Scheduling Order are VACATED.

Date: January 9, 2015