**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02854-MJW

ERIC ALDRICH, et al.,

      Plaintiff(s),

  v.

DIRECTV, INC., et al.,

      Defendant(s).

---

**JOINT STATUS REPORT REGARDING RULING BY THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION ON PLAINTIFFS' MOTION FOR TRANSFER AND
CONSOLIDATION OF RELATED ACTIONS PURSUANT TO U.S.C. § 1407**

---

Pursuant to the Court's Minute Order dated January 9, 2015 (ECF No. 22), Plaintiffs Eric Aldrich, Jimmy Carpenter, Mike Antram, Marvin Martinez, and Cliff Schmidt and Defendant DIRECTV, LLC submit the following joint status report:

1.      On February 6, 2015, the Judicial Panel on Multidistrict Litigation denied a Motion for Transfer and Consolidation of Related Actions Pursuant to U.S.C. Section 1407 ("Motion to Transfer"), thereby lifting the stay in this action pursuant to this Court's Order dated January 9, 2015.  (ECF No. 22)  Attached hereto as Exhibit 1 is a copy of the Order denying the Motion to Transfer.

2.      Accordingly, the parties to this action request that the Court enter an order setting a Scheduling/Planning Conference on the first available date on the Court's calendar.

Dated:  February 11, 2015

Respectfully submitted,

/s/ *Todd C. Werts*
Todd C. Werts
LEAR WERTS LLP
Mo. Bar No. 53288
Email: werts@learwerts.com
Bradford B. Lear
Mo. Bar No. 53204
Email: lear@learwerts.com
2003 W. Broadway, Ste. 107
Columbia, MO  65204
Phone:  573-875-1991
Facsimile:  573-875-1985

**STUEVE SIEGEL HANSON LLP**
George A. Hanson
460 Nichols Road, Ste. 200
Kansas City, MO 64112
Phone: 816-714-7100
Facsimile: 816-714-7101
Email: hanson@stuevesiegel.com

Ryan D. O'Dell
500 West C Street, Ste. 1750
San Diego, CA 92101
Telephone: 619-400-5822
Facsimile: 619-400-5832
Email: odell@stuevesiegel.com

**ATTORNEYS FOR PLAINTIFF**

/s/ *Brett C. Painter*
Brett C. Painter
Davis Graham & Stubbs LLP
1550 Seventeenth Street, Suite 500
Denver, CO  80202
Telephone:  303.892.7418
Email:  brett.painter@dgslaw.com

Patricia J. Martin
LITTLER MENDELSON, P.C.
One Metropolitan Square
211 North Broadway, Suite 2100
St. Louis, MO  63102
Telephone: 314.659.2000
Email:  pmartin@littler.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hearby certify that a true and correct copy of the foregoing pleading was served via

CM/ECF e-file system on this 11th day of February, 2015, addressed to the following:

Brett C. Painter
Davis Graham & Stubbs, LLP
1550 17th Street, Ste. 500
Denver, CO 80202

Patricia J. Martin
Littler Mendelson, PC
211 North Broadway, Ste. 1500
One Metropolitan Square
St. Louis, MO 63102

By _Todd C Wertz_

3