IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02854-MJW

ERIC ALDRICH,
JIMMY CARPENTER,
MIKE ANTRAM,
MARVIN MARTINEZ, and
CLIFF SCHMIDT,

Plaintiff,

v.

DIRECTV, INC. and
DIRECTV, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (Docket No. 35) is GRANTED for good cause shown.  It is further ORDERED that the Scheduling Order (Docket No. 32) is AMENDED such that initial expert disclosures shall be made on or before August 31, 2015, and rebuttal expert disclosures shall be made on or before October 2, 2015.

Date: July 17, 2015