IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02854-MJW

ERIC ALDRICH,
JIMMY CARPENTER,
MIKE ANTRAM,
MARVIN MARTINEZ, and
CLIFF SCHMIDT,

Plaintiff,

v.

DIRECTV, INC. and
DIRECTV, LLC,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Stipulated Motion to Stay Carpenter Claims Pending Arbitration (docket no. 39) is **GRANTED** finding good cause shown. The case between Plaintiff Jimmy Carpenter and Defendant DIRECTV, LLC, **only** is **STAYED** until further Order of Court. Plaintiff Jimmy Carpenter and Defendant DIRECTV, LLC, shall proceed to arbitration per the Arbitration Agreement (exhibit A) attached to the subject motion (docket no. 39).

It is **FURTHER ORDERED** that Plaintiff Jimmy Carpenter and Defendant DIRECTV, LLC, shall file a joint written status report with the court on or before the first day of each month starting November 1, 2015, and such status report shall provide this court with an update on the status of the arbitration.

Date: September 15, 2015