# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   14-cv-02854-MJW | FTR - Courtroom A-502 |
| **Date:**   December 01, 2015 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| ERIC ALDRICH,<br>JIMMY CARPENTER,<br>MIKE ANTRAM,<br>MARVIN MARTINEZ, and<br>CLIFF SCHMIDT, | Todd C. Werts |
| Plaintiff(s), | |
| v. | |
| DIRECTV, INC., and<br>DIRECTV, LLC., | Brett C. Painter |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   STATUS CONFERENCE / MOTION HEARING
**Court in Session:**   9:01 a.m.
Court calls case.  Appearances of counsel.
It is noted the parties have filed their Consent Form Pursuant to Pilot Program to Implement the Direct Assignment of Civil Cases to Full time Magistrate Judges [Docket No. 13, filed December 22, 2014], and that all parties consent to have a United States Magistrate Judge conduct all proceedings in this civil action.

The Court raises Plaintiffs' Motion to Compel Discovery [Docket No. 41]  for argument.
Argument is presented by both sides.

**It is ORDERED:**   Plaintiffs' MOTION TO COMPEL DISCOVERY  [Docket No. 41, filed October 27, 2015] is **DENIED WITHOUT PREJUDICE** for reasons as set forth on the record.

**It is ORDERED:**   Motion for Protective Order and proposed Protective Order shall be filed **on or before   DECEMBER 04, 2015.**

**It is ORDERED:**   Scheduling Order [Docket No. **32,** filed March 18, 2015] is AMENDED:
Discovery Deadline of December 09, 2015 is vacated;
DISCOVERY DEADLINE is extended to   **MARCH 18, 2016**

        Dispositive Motion Deadline of January 07, 2016 is vacated: DISPOSITIVE MOTIONS DEADLINE is extended to **APRIL 18, 2016**

**It is ORDERED:**    The Final Pretrial Conference set December 17, 2015 at 9:00 a.m. is vacated; FINAL PRETRIAL CONFERENCE is reset to **JUNE 20, 2016 at 9:30 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
The proposed final pretrial order shall be filed on or before **JUNE 13, 2016.**

In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Hearing concluded.

Court in recess:   10:03 a.m.
Total in-court time: 01:02

**To order a transcript of this proceedings, contact Stevens-Koenig Reporting (303) 988-8478**