IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02854-MJW

ERIC ALDRICH,
JIMMY CARPENTER,
MIKE ANTRAM,
MARVIN MARTINEZ, and
CLIFF SCHMIDT,

Plaintiff,

v.

DIRECTV, INC. and
DIRECTV, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby **ORDERED** that Defendants' Motion for Protective Order Regarding Rule 30(b)(6) Deposition (docket no. 53) and Supplement to Defendants' Motion for Protective Order Regarding Rule 30(b)(6) Deposition (docket no. 57) is **GRANTED** for the following reasons. First, the parties have previously agreed in the Scheduling Order that discovery from the *Arnold* and *Lange* cases may be used in this case. *See* docket no 32 at 6. Second, the topics listed in the Rule 30(b)(6) notice by Plaintiffs seek duplicative corporate depositions outside the relevant time frame on a large number of the same topics, which is unduly burdensome, cumulative noting the discovery already taken in the *Arnold* and *Lange* cases, and will cause unnecessary expense to Defendants. In addition, I find that the relevant time frame is July 2010 to November 2014. Third, it does not appear that Plaintiffs have produced a large number of the documents identified in the twenty-seven (27) categories of documents listed on Plaintiffs' Rule 26 disclosures even though Defendants have repeatedly requested such documents. Parties facing cumulative or duplicative deposition notices under Rule 30(b)(6) have good cause to seek a protective order.  See *Nicholas v. Wyndham, Int'l, Inc.*, 373 F.3d 537, 543 (4th Cir. 2004) (discovery sought was cumulative, duplicative, unduly burdensome, and harassing). Accordingly, I find that Defendants have established good cause for a protective order to enter pursuant to Rule 26(c).

      It is **FURTHER ORDERED** that Plaintiffs' Rule 30(b)(6) notice is **STRICKEN**.

The parties shall forthwith meet and confer concerning a new Rule 30(b)(6) notice which shall address specific topics at issue in this case that have not already been covered in the depositions taken in the *Arnold* and *Lange* cases for the relevant time frame from July 2010 to November 2014.

Date: February 3, 2016